The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PEDRO FERNANDEZ KENT, <br><br> Defendant. | NO. CR23-034-RSM <br><br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following property (the "Subject Property"), which has already been forfeited by Defendant Pedro Fernandez Kent:

1. a Ruger 9mm handgun, bearing serial number 30210376, and all associated accessories and ammunition; and

2. a US Carbine Rifle, Israel Arms International, Model 888, bearing serial number 200405, and all associated accessories and ammunition.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

//

Final Order of Forfeiture - 1
*United States v. Kent,* CR23-034-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On November 27, 2023, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853 as proceeds of and/or facilitating property for Defendant's commission of *Possession of Controlled Substances with Intent to Distribute*, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and pursuant to 18 U.S.C. § 924(d)(1) by way of 28 U.S.C. § 2461(c), as firearms and ammunition involved in Defendant's *Possession of a Firearm in Furtherance of a Drug Trafficking Crime,* in violation of 18 U.S.C. § 924(c)(1)(A)(i), and forfeiting Defendant's interest in it (Dkt. No. 39);
- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 40) and provided direct notice to one potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for Final Order of Forfeiture, ¶ 3, Exhibit A); and
- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States.

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

Final Order of Forfeiture - 2
*United States v. Kent,* CR23-034-RSM

3. The United States Department of Homeland Security, Immigration and Customs Enforcement, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 5th day of May, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

 / Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Kent,* CR23-034-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970